In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-22-00118-CV**
**IN RE WINFREE BAPTIST CHURCH**

**Original Proceeding**
**128th District Court of Orange County, Texas**
**Trial Cause No. A190220-C**

## MEMORANDUM OPINION

Before we issued an opinion in this original proceeding, Winfree Baptist Church, Relator, and Gary Hopkins, Real Party in Interest, filed a joint motion to dismiss this original proceeding for a writ of mandamus. The parties inform the Court that the mandamus proceeding is moot because they have resolved their dispute.

We lift our stay order of April 14, 2022, grant the joint motion to dismiss, and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on June 22, 2022
Opinion Delivered June 23, 2022

Before Golemon, C.J., Kreger and Horton, JJ.